IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEPHEN ANDRE,

    Defendant.

                                  /

No. C 11-04175 WHA

**NOTIFICATION OF POTENTIAL RESCHEDULING**

      There is a reasonable possibility that the Court will be dark on Thursday, February 9, and the conference will have be rescheduled. The Court will not know for sure until Tuesday, February 7. If this puts out-of-state counsel in a quandary, please promptly notify the Court.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

                                                             
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE