IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-04175 WHA |
| Plaintiff, | |
| v. | **NOTICE CONFIRMING FEBRUARY 9 HEARING DATE** |
| STEPHEN ANDRE, | |
| Defendant. / | |

The conference scheduled for February 9 is confirmed and will not be rescheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE