IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEVE J. ANDRE,

    Defendant.

No. C 11-04175 WHA

**ORDER REGARDING DISMISSAL AND JURY COSTS**

In light of the parties' settlement, this case is **DISMISSED**. The amount of $1000 is taxed to defendant Steve Andre pursuant to Civil Local Rule 40-1. The clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE