IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-04175 WHA |
| Plaintiff, | |
| v. | **ORDER RE PAYMENT OF JURY COSTS** |
| STEVE J. ANDRE, | |
| Defendant. / | |

A prior order (Dkt. No. 76) taxed $1000 in jury costs to defendant Steve Andre pursuant to Civil Local Rule 40-1.  Mr. Andre shall deliver and pay the amount in full no later than **4:00 P.M.** on **APRIL 12, 2013** with a check payable to the "Clerk of the Court."  Mr. Andre shall also file a letter on ECF confirming compliance with this order.

**IT IS SO ORDERED.**

Dated: February 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE