IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVE J. ANDRE,<br><br>    Defendant.<br>                                   / | No. C 11-04175 WHA<br><br>**ORDER RE EXTENSION OF TIME FOR PAYMENT OF JURY COSTS** |

      In this action involving non-payment of student loans, a prior order (Dkt. No. 76) taxed $1000 in jury costs to defendant Steve Andre pursuant to Civil Local Rule 40-1. Mr. Andre was ordered to deliver and pay the amount in full no later than 4:00 on April 12, 2013 with a check payable to the "Clerk of the Court." Mr. Andre was also ordered to file a letter on ECF confirming compliance the order (Dkt. No. 78). To date, Mr. Andre has paid $200 of the $1000; Mr. Andre now requests a 60–90 day extension to pay the balance due.

      Mr. Andre's request is **GRANTED** — Mr. Andre shall deliver and pay the amount in full no later than **4:00 P.M.** on **JUNE 24, 2013**. No further extensions shall be granted. Mr. Andre shall also file a letter on ECF confirming compliance with the order.

      **IT IS SO ORDERED.**

Dated: April 23, 2013.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE