United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    UNITED STATES OF AMERICA,                    No. C 11-04175 WHA
10                   Plaintiff,
11        v.                                       **ORDER RE EXTENSION OF**
                                                   **TIME FOR PAYMENT**
12   STEVE J. ANDRE,                               **OF JURY COSTS**
13                   Defendant.
14   _____/

15          In this action involving non-payment of student loans, a prior order (Dkt. No. 76) taxed

16   $1000 in jury costs to defendant Steve Andre pursuant to Civil Local Rule 40-1.  Mr. Andre was

17   ordered to deliver and pay the amount in full no later than 4:00 on April 12, 2013 with a check

18   payable to the "Clerk of the Court."  Mr. Andre was also ordered to file a letter on ECF

19   confirming compliance the order (Dkt. No. 78).  To date, Mr. Andre has paid $200 of the $1000;

20   Mr. Andre now requests a 60–90 day extension to pay the balance due.

21          Mr. Andre's request is GRANTED — Mr. Andre shall deliver and pay the amount in full

22   no later than **4:00 P.M.** on **JUNE 24, 2013**.  No further extensions shall be granted.  Mr. Andre

23   shall also file a letter on ECF confirming compliance with the order.

24

25          **IT IS SO ORDERED.**

26

27   Dated:   April 23, 2013.
                                                   _____
28                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE