IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVE J. ANDRE,<br><br>    Defendant.<br>                                     / | No. C 11-4175 WHA<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

    In February 2013, this action was dismissed in light of the parties' settlement. The Court is now in receipt of the parties' stipulation stating that the payment terms of the settlement have been "met in full" by the defendant. The file remains **CLOSED**.

    **IT IS SO ORDERED.**

Dated: September 26, 2014.

                                                                   WILLIAM ALSUP<br>
                                                                     UNITED STATES DISTRICT JUDGE